1116

No. 04–1435. ROBERTI v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–1439. KEPPLE v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 04–1449. LIZZI v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. Ct. App. Md. Certiorari denied.

No. 04–1453. SLIP TRACK SYSTEMS, INC. v. METAL-LITE, INC. C. A. Fed. Cir. Certiorari denied.

No. 04–1456. BOND v. COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 04–1484. NANCE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–1494. WHITE v. HOBART, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–1503. CRANK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–1515. EMR NETWORK v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–8743. THORNBLAD v. ANDERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–9012. VALENTINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9085. HORNER v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 04–9094. ABU LAILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9097. RODRIGUEZ v. DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. Sup. Ct. Nev. Certiorari denied.